ORDERED UNSEALED on 10/24/2023 s/ judepeters

SEALED

FILED
Oct 19 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ STN DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERICKA ALDANA,<br>Defendant. | Case No. '23 CR2174 DMS<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 371 - Conspiracy; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including October 19, 2023, within the Southern District of California, and elsewhere, defendant ERICKA ALDANA, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to commit an offense against the United States as set forth below:

1. To bring certain aliens to the United States, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

//

JABA:nlv(1):San Diego:10/19/23

MANNER AND MEANS

In furtherance of the conspiracy, and to effect the objects thereof, defendant ERICKA ALDANA utilized the following manner and means among others:

1. Defendant ERICKA ALDANA recruited drivers to smuggle aliens into the United States from Mexico by concealing them inside the trunks or backseat areas of vehicles as they drove the vehicles into the United States through various ports of entries (the "Load Drivers").

2. Defendant ERICKA ALDANA directed the criminal activities of the Load Drivers, including providing guidance on obtaining documents to facilitate their entry into the United States, assisting them with obtaining vehicles to use for their smuggling activities, and advising them on how to dress or what to say to U.S. Customs and Border Protection Officers to avoid arousing suspicion.

3. Defendant ERICKA ALDANA directed the Load Drivers to locations to take their vehicles to have aliens placed inside them for smuggling events. Defendant ERICKA ALDANA and other co-conspirators would often drive into the United States in tandem with the Load Drivers to observe the Customs and Border Protection Officers conducting inspections at that time and to provide guidance on what vehicle lanes to use for their smuggling events.

4. Upon successfully smuggling aliens into the United States, defendant ERICKA ALDANA instructed the Load Drivers to transport the aliens to a residence in Chula Vista, California to harbor the aliens until they were ready to be transported further into the United States.

//

//

//

OVERT ACTS

In furtherance of said conspiracy and to accomplish the objects thereof, the following overt acts, among others, were committed by the conspirators within the Southern District of California and elsewhere:

1. On or about August 2, 2022, defendant ERICKA ALDANA communicated with and assisted known and unknown co-conspirators to successfully evade law enforcement detection and get an unknown number of illegal aliens across the border from Mexico into the United States by smuggling them across the border at the Otay Mesa Port of Entry and without presenting them to an appropriate immigration officer at a designated port of entry.

2. On or about August 25, 2022, defendant ERICKA ALDANA communicated and coordinated with other known and unknown co-conspirators who brought two illegal aliens into the United States from Mexico by smuggling them across the border at the Otay Mesa Port of Entry without presenting them to an appropriate immigration officer at a designated port of entry.

3. On or about October 12, 2022, defendant ERICKA ALDANA communicated and coordinated with other known and unknown co-conspirators who brought three illegal aliens into the United States from Mexico by smuggling them across the border at the Otay Mesa Port of Entry and without presenting them to an appropriate immigration officer at a designated port of entry.

//

//

//

//

4. On or about August 23, 2023, defendant ERICKA ALDANA communicated and coordinated with other known and unknown co-conspirators who brought three illegal aliens into the United States from Mexico by smuggling them across the border at the Otay Mesa Port of Entry and without presenting them to an appropriate immigration officer at a designated port of entry.

All in violation of Title 18, United States Code, Section 371.

Counts 2-4

On or about August 23, 2023, within the Southern District of California, defendant ERICKA ALDANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain;

| Count | Name |
|---|---|
| 2 | Biridiana Pantaleon-Bedolla |
| 3 | Alan Yair Aguilar-Gonzalez |
| 4 | Mariana Medina-Romero |

all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DATED: October 19, 2023.

TARA K. MCGRATH
United States Attorney

By: [signature]
JULIE A. BAUMAN
Assistant U.S. Attorney